**Elicia D. PLEDGER, Plaintiff–Appellant,**

v.

**CHILDREN'S HOSPITAL OF THE KING'S DAUGHTERS, Defendant–Appellee.**

No. 01–1683.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Elicia D. Pledger, Appellant Pro Se. William McCardell Furr, Willcox & Savage, Norfolk, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Elicia D. Pledger seeks to appeal the magistrate judge's order granting summary judgment to the employer in Pledger's civil action alleging employment discrimination.* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm the magistrate judge's order for the reasons as stated from the bench. *See Pledger v. Children's Hosp.*

---

* The parties consented to the magistrate judge's jurisdiction under 28 U.S.C.A.

*of the King's Daughters,* No. CA–00–720–2 (E.D.Va. May 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*